## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: BIOMET M2A MAGNUM HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

Marilyn Popick v. Biomet, Inc., et al., )
    D. Nevada, C.A. No. 2:13-00172 )     MDL No. 2391

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order (CTO) was filed in this action (*Popick*) on February 13, 2013. The Panel has now determined that this action was included on the CTO in error.

The issue of transfer of cases involving M2a-Taper hip implants is currently before the Panel in the case of *Gregg Mattern, et al. v. Biomet, Inc., et al.*, D. New Jersey, C.A. No. 2:12-04931, which is scheduled to be heard at the Panel's upcoming hearing session on March 21, 2013. Placement of *Popick* on a CTO will be revisited, if necessary, after the Panel issues its decision in *Mattern*.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-23" filed on February 13, 2013, is VACATED insofar as it relates to this action.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel